# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PEDRO LUCAS-JUAREZ,<br><br>Defendant. | Case No.: 3:19-CR-02849-AJB<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment (ECF No. 34) is hereby GRANTED. The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2019

Hon. Anthony J. Battaglia
United States District Judge